# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

TARIQ MALLAY, *pro se,*

     Plaintiff,

v.                                                    Case No: 8:14-cv-146-T-30TGW

ORACLE ELEVATOR COMPANY,

     Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Response to Order to Show Cause (Dkt. #3) regarding Plaintiff's failure to effectuate timely service on the Defendant.   Upon review, the Court notes that Plaintiff's Response does not address the failure to effectuate service and is therefore inadequate to show cause why the case should remain open.   Accordingly, it is

     **ORDERED AND ADJUDGED**:

1.    This cause is dismissed without prejudice for failure to effectuate service.

2.    The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 9th day of June, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-146 dismissal.docx